# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700244

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## NATHN G. TOWNLEY
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding General, 2d Marine Logistics
Group, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Major Andrea C. Goode,
USMC.
For Appellant: Lieutenant Colonel Richard D. Bellis, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 5 October 2017

———————————————

Before HUTCHISON, SAYEGH, and MILLER, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the sentence was adjudged on 17 May 2017 vice 17 March 2017.


For the Court



R.H. TROIDL
Clerk of Court